# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1034

_____

|  |  |  |
|---|---|---|
| Hugh A. Cook, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Nebraska. |
| B & W Co., Inc., | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: May 15, 2009
Filed:  June 8, 2009

_____

Before WOLLMAN, MURPHY, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Hugh Cook appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action against his former employer, B & W Company. Upon careful de novo review, see Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006) (standard of review), we conclude that summary judgment was properly granted for the reasons stated by the district court.  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.